# EXHIBIT 1

COMMON PLEAS COURT
BELMONT CO., OH

2022 NOV 29 AM 10: 55

CYNTHIA L. FREGIATO
CLERK OF COURT

COURT OF COMMON PLEAS
BELMONT COUNTY, OHIO

| | |
|---|---|
| William C. Coulson and Tracy L. Coulson,<br>68528 Woods Road<br>Bridgeport, Ohio 43912 | Case No. 22 CV 337<br><br>Judge Frank A. Fregiato |
| Plaintiffs, | **COMPLAINT TO QUIET TITLE WITH JURY DEMAND ENDORSED HEREON** |
| -vs- | |
| Gulfport Appalachia, LLC<br>713 Market Drive<br>Oklahoma, City, Oklahoma 73114 | Mark D. Wagoner (0068577)<br>Douglas G. Haynam (0019773)<br>Joseph D. Jakubowski (0099741)<br>SHUMAKER, LOOP & KENDRICK, LLP<br>1000 Jackson Street<br>Toledo, Ohio 43604 |
| Defendant. | Telephone: (419) 241-9000<br>Fax: (419) 241-6894<br>Email: mwagoner@shumaker.com<br>dhaynam@shumaker.com<br>jjakubowski@shumaker.com<br><br>Attorneys for Plaintiffs |

* * *

Plaintiffs, William C. Coulson and Tracy L. Coulson, husband and wife, (collectively, the "Coulsons"), by and through undersigned counsel, for its Complaint against Defendant Gulfport Appalachia, LLC ("Gulfport"), state as follows:

**JURISDICTION, PARTIES, AND VENUE**

1. This is a Complaint to quiet title to certain real property pursuant to R.C. § 5303.01, *et seq*. The Coulsons seek to quiet title to certain real property located in Belmont County, Ohio. The real property are two tracts of land ("Tract I" and "Tract II"). Tract I has a legal description as set forth in Exhibit A, and Tract II has a legal description as set forth in

Exhibit B. Both Exhibit A and Exhibit B are attached hereto and incorporated herein. Tract I and Tract II are sometimes collectively referred to as the "Subject Properties."

2. The Coulsons are residents of Belmont County, Ohio.

3. The Coulsons are the record owners of the Subject Properties.

4. The Coulsons have been in possession of the Subject Properties since 1998.

5. Gulfport may have or claim some right, title, or interest in and to the Subject Properties, but any such right, title, or interest in the Subject Properties is either inferior to the Coulsons' claim, or Gulfport has no right, estate, title, lien, or interest in or to the Subject Properties, or part of the Subject Properties whatsoever.

BACKGROUND INFORMATION

6. On June 3rd, 1899, Van Wagner granted an oil and gas interest to Jane Wilson ("Wilson"), which was recorded in Volume 118, Page 337 of the Records of Deeds of Belmont County, Ohio, and attached hereto as Exhibit C (the "Wagner Deed").

7. The Coulsons became the sole owners of the Subject Properties by virtue of two deeds.

8. The deed for Tract I was dated March 9th, 1998, was recorded in Volume 735, Pages 459–60 of the Records of Deeds of Belmont County, Ohio, and is attached hereto as Exhibit D.

9. The deed for Tract II was dated January 31, 1998, was recorded in Volume 737, Pages 554–55 of the Records of Deeds of Belmont County, Ohio, and is attached hereto as Exhibit E.

10. Pursuant to the Ohio Dormant Mineral Title Act ("Mineral Act"), *see* R.C. § 5301.56, the Coulsons intended to declare Wilson's mineral interest abandoned and vested in their ownership of the Subject Properties.

11. The Coulsons attempted to locate any holder of Wilson's mineral interest in order to serve notice by certified mail of their intent to declare Wilson's mineral interest abandoned.

12. However, the Coulsons could not locate any holder of Wilson's mineral interest.

13. As required by the Mineral Act, the Coulsons then published notice of their intent to declare the mineral interest abandoned in The Times Leader, a local newspaper in Belmont County, Ohio, on February 14, 2012. *See* Exhibit F.

14. Upon information and belief, during the 20 years immediately preceding the published notice in the Times Leader on February 14, 2012, none of the following savings events listed in R.C. § 5301.56(B)(3) occurred:

a. Wilson's mineral interest has not been the subject of a title transaction filed or recorded in the Belmont County Recorder's Office.

b. There has not been any production or withdrawal of minerals by the holders of Wilson's mineral interest from the Subject Properties or from other lands covered by a lease to which Wilson's mineral interest is subjected.

c. There has not been any underground gas storage operations on the Subject Properties.

d. There has not been any drilling or mining permits issued to holders of Wilson's mineral interest.

e. There has not been any claims to preserve Wilson's mineral interest filed in 20 years prior to December 11, 2011.

f. There has not been any separately listed tax parcel numbers created for Wilson's mineral interest in the Belmont County Auditor's tax or in the Belmont County Treasurer's tax list.

15. On March 19, 2012, and more than 30 days after publishing notice in The Times Leader, the Coulsons filed an affidavit of abandonment with the Recorder of Belmont County, Ohio, stating that they published notice of abandonment in The Times Leader on February 14, 2012, and that pursuant to R.C. § 5301.56(G)(5), Wilson's mineral interest has been abandoned. The affidavit of abandonment is attached hereto as Exhibit F.

16. On April 15, 2012, and more than 60 days after publishing notice in The Times Leader, the Coulsons filed a notice of failure to file with the Recorder of Belmont County, Ohio, a copy of which is attached hereto as Exhibit G.

17. After the Coulsons filed a notice of failure to file, Wilson's mineral interest immediately vested in the Coulsons.

18 Pursuant to the Mineral Act, the Coulsons are the true and rightful owners of the minerals of the Subject Properties.

19. Nevertheless, on June 30, 2022, Gulfport requested authorization by the Ohio Department of Natural Resources to unitize land for the purpose of drilling for oil, natural gas, and related minerals.

20. The land that Gulfport requested to unitize includes the Subject Properties.

21. On October 11, 2022, Gulfport received authorization from the Ohio Department of Natural Resources to begin drilling underneath the unitized land, which includes the Subject Properties.

22. Gulfport is currently installing drilling equipment on land adjacent to the Subject Properties.

**COUNT I**
**(Quiet Title under the Dormant Mineral Act)**

23. The Coulsons restate the above paragraphs as if fully rewritten herein.

24. The Coulsons are the owners of the Subject Properties and the mineral rights thereunder.

25. Gulfport claims an interest in the mineral rights to the Subject Properties.

26. The Coulsons published notice of their intent to declare Wilson's mineral interest abandoned in The Times Leader, a local newspaper in Belmont County.

27. For the 20 years immediately preceding the Coulsons' published notice, none of the savings events occurred to preserve any other individual's claim to Wilson's mineral interest.

28. More than 30 days after the Coulsons published their notice in The Times Leader, they filed an affidavit of abandonment with the Belmont County Recorder.

29. More than 60 days after the Coulsons published their notice in the Times Leader, they filed a notice of failure to file with the Belmont County Recorder.

30. Consequently, Wilson's mineral interest immediately vested in the Coulsons pursuant to R.C. § 5301.56(H)(2).

31. Gulfport has no further title, interest, claim, or lien in or upon the Subject Properties and the failure of the record to so disclose creates a cloud upon the Coulsons' record title. This cloud upon the Coulsons' title should be removed by order of this Court.

32. The Coulsons request this Court to quiet title to the mineral rights underlying the Subject Properties and determine that the Coulsons are the sole owners of the mineral rights underlying the Subject Properties, and that any leases or other conveyances executed or entered into by Gulfport prior to, are null and void and of no effect.

33. The Coulsons request that this Court cause to be recorded in the record of Belmont County a certified copy of the Judgment or Decree declaring the rights of the parties pursuant to R.C. § 5303.06.

34. The Coulsons have no adequate remedy at law.

**PRAYER FOR RELIEF**

**WHEREFORE,** the Coulsons demand relief against Gulfport as follows:

(a) That Gulfport be ordered by this Court to convey and release to the Coulsons all of their apparent claim of right, title, and interest or estate of record or otherwise in and to the Subject Properties, and to execute and deliver proper deeds, conveyances, releases and instruments to correct the defects, errors, mistakes, omissions or uncertainties in the Coulsons' title, and that until those instruments are executed and delivered by Gulfport to the Coulsons, a certified copy of the Order of this Court may be recorded in their stead with full force and effect quieting the Coulsons' title to the Subject Properties.

(b) That relief be granted on one or more of the above Claims, that title to the minerals underlying the Subject Properties be quieted with final entry issued and recorded in the Belmont County Recorder's Office.

(c) That the Court grants other and further relief as this Court may deem equitable and appropriate.

Dated: November 28, 2022

Mark Wagoner
Douglas Haynam
Joseph Jakubowski
SHUMAKER, LOOP & KENDRICK, LLP

Attorneys for Plaintiffs

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Mark Wagoner
Douglas Haynam
Joseph Jakubowski
SHUMAKER, LOOP & KENDRICK, LLP

Attorneys for Plaintiffs

**EXHIBIT A**

Situated in the State of Ohio, County of Belmont and the Township of Pease. Being part of the West half of Section 34, Township 3, Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 328, Page 430 of the Belmont County Records of Deeds.

Beginning at a ½ inch diameter iron pin (set) on the North line of a 17.003 acre parcel as recorded in Volume 556, Page 760 of the Belmont County Record of Deeds and on the easterly boundary of a 37.544 acre parcel where a concrete monument (found) at the Northeast corner of Section 4, Township 6, Range 3 bears the following four courses and distances. (1) following the boundary of said 37.544 acre parcel, South 69 degrees, 08 minutes, 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set), (2) North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set), (3) North 56 degrees 06 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) on the West line of Section 34, (4) thence following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1553.00 feet, thence from said place of beginning and following the boundary of said 37.544 acre parcel, North 13 degrees 11 minutes 48 seconds West 485.90 feet to a ½ inch diameter iron pin (set); thence North 26 degrees 17 minutes 47 seconds East 125.00 feet to a ½ inch diameter iron pin (set), thence North 68 degrees 36 minutes 08 seconds East 503.00 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 486.35 feet, thence leaving the boundary of the aforementioned 37.544 acre parcel and following Township Road 457, South 35 degrees 02 minutes 14 seconds East 81.54 feet, thence south 21 degrees 06 minutes 33 seconds East 102.10 feet, thence South 11 degrees 50 minutes 13 seconds East 228.80 feet, thence South 13 degrees 24 minutes 28 seconds East 165.64 feet, thence leaving Township Road 457, South 69 degrees 08 minutes 50 seconds West 622.48 feet to the place of beginning, passing through a ½ inch diameter iron pin (set) at the northeast corner of the aforementioned 17.003 acre parcel at 91.98 feet. Containing 8.010 acres.

Bearings in this description are based on the bearings given for the monumented West line of Section 34 as recorded in Volume 528 Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

Prior Deed Reference: Volume 737, Page 554 Belmont County Deed Records.

Parcel Number: 57-00399 001

**EXHIBIT B**

Situated in the County of Belmont, in the State of Ohio and in the Township of Pease. Being part of the West half of Section 34, Township 3, Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 528, Page 450 of the Belmont County Record of Deeds.

Beginning at a point on the West line of said 101.415 acre parcel and also on the West line of said Section 34 where a concrete monument (found) at the Northeast corner of Section 4, Township 6, Range 3 bears North 01 degree 51 minutes 10 seconds West 431.31 feet, passing through a 1 inch diameter iron pin (found) at 154.82 feet; thence from said place of beginning and leaving the West line of said Section 34 North 70 degrees 00 minutes 28 seconds East 705.99 feet to a ½ inch diameter iron pin (found) on the Westerly boundary of a 2.00 acre lease area and the Southeast corner of a 0.844 acre parcel as recorded in Volume 509 Page 292 of said county deed records, passing through a 1 inch diameter iron pin (found) at the Southwest corner of said 0.844 acre parcel at 2.49 feet; thence leaving the boundary of said 0.844 acre parcel and following the, boundary of said 2.00 acre lease area South 21 degrees 33 minutes 57 seconds West 185.58 feet to a ½ inch diameter iron pin (found); thence South 68 degrees 26 minutes 03 seconds East 270.00 feet to a ½ inch diameter iron pin (set); thence leaving the boundary of the aforementioned 2.00 acre lease area North 22 degrees 06 minutes 52 seconds East 342.77 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 322.77 feet, a ½ inch diameter iron pin (found) on the East line of the aforementioned 2.00 acre lease area bears South 25 degrees 43 minutes 10 seconds West 48.32 feet; thence following Township Road 457 South 46 degrees 39 minutes 25 seconds East 73.24 feet; thence South 26 degrees 33 minutes 46 seconds East 128.11 feet; thence South 32 degrees 14 minutes 38 seconds East 79.08 feet, a 3/4 inch diameter iron pin (found) at the Northwest corner of a 0.579 acre parcel as recorded in Volume 631 Page 253 bears South 50 degrees 37 minutes 58 seconds East 52.93 feet and a 3/4 inch diameter iron pin (found) on the Western boundary of said 0.579 acre parcel bears South 43 degrees 19 minutes 14 seconds East 153.79 feet; thence South 39 degrees 49 minutes 01 seconds East 251.06 feet; thence South 42 degrees 25 minutes 00 seconds East 241.53 feet; thence South 38 degrees 48 minutes 04 seconds East 141.88 feet; thence leaving Township Road 457 South 68 degrees 36 minutes 08 seconds West 503.00 feet to a ½ inch diameter iron pin (set), passing through a ½ inch diameter iron pin (set) at 16.65 feet; thence South 26 degrees 17 minutes 47 seconds West 125.00 feet to a ½ inch diameter iron pin (set); thence South 13 degrees 11 minutes 48 seconds East 485.90 feet to a ½ inch diameter iron pin (set) on the northerly line of a 17.003 acre parcel as recorded in Volume 556 Page 760 of said County Deed Records; thence following the boundary of said 17.003 acre parcel, South 69 degrees 08 minutes 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set), thence North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set) on the northerly line of a 4.936 acre tract recorded as the third tract in Volume 473, Page 67 of said County Deed Records; thence North 56 degrees 06 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) at the Northwest corner of said 4.936 acre tract and on the West line of said Section 34; thence leaving the boundary of said 4.936 acre tract and following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1121.69 feet to the place of beginning, passing through a 5/8 inch diameter iron pin (found) at 226.14 feet and passing through 3/4 inch diameter iron pins (found) at 374.88 feet and 753.34 feet.

Containing 37.544 acres.

Bearings in this description are based on the bearings given for the monumented west line of Section 34 as recorded in Volume 528, Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

Prior Deed Reference: Volume 735, Page 460, Belmont County Deed Records.

Parcel Number: 57-00399.002

EXHIBIT C

No 3187

**Know all Men by these Presents,** That Van Wagner of Bridgeport Belmont County Ohio, the Grantor, for the consideration of Forty One hundred and Fifty DOLLARS ($4150.00), received to my full satisfaction of Jane Wilson of Pease Township of said county the Grantee, do Give, Grant, Bargain, Sell and Convey unto the said Grantee, her heirs and assigns, ~~the following described premises: Situated in the~~ of ~~County of Belmont, and State of Ohio, and known as~~

all the portion of the coal stratum, now underlying the surface of the first tract and second tract hereinafter described and which is generally worked along the Ohio river and at Stone Crescent and Quincy in Belmont county Ohio and commonly called the six foot vein and known as no eight (8) in the Geological reports of the State of Ohio, and all other strata of minerals rock, coal, oil and gasses, being below and underlying said coal stratum no eight (8) to wit.

First Tract, Situated in the township of Pease county of Belmont and state of Ohio, Beginning at the north East corner of Section 1 Township 6 Range 3 thence West eighty rods to a poplar tree on the bank of a run, thence thence South Eighty rods to a stake thence East eighty rods to a stake on the range line, thence North eighty rods to the place of beginning containing forty acres more or less but subject to all legal highways.

Second Tract Situate lying and being in the Township of Pease county of Belmont State of Ohio and a part of Section 34 Township 3 Range 2, that is to say all that tract or parcel of land designated as lot No 1 on the survey and plat of the lands of Ebenezer Zane and Platoff Zane Situate in the said county of Belmont made by James C Moore county surveyor for said county of Belmont for H Moore one of the Trustees of Ebenezer Zane and S Sprigg one of the Trustees of Platoff Zane and wife under a deed of trust bearing date of the 1st of May 1834 and also of record in the recorders office for Belmont county and State of Ohio in Book X Page 383, 384 & 385 Being the same lands devised by Noah Zane deceased late of the city of Wheeling to his sons Ebenezer Zane and Platoff Zane, Said piece or parcel of land contains one hundred and thirty six acres, two Roods and thirty nine Poles and its particular boundaries are described in the plat and survey of said James C Moore above referred to and reference is hereby made to said plat for the more particular description and boundaries of said land, and being the same land that was conveyed to Luther Harrah by Jacob S Shriver and William W Shriver Trustees by deed bearing date the 12th of March 1857 and recorded in Vol 35 Page 322 of the records of deeds of said county.

Third Tract, Situated in the Township of Pease county of Belmont and state of Ohio and Part of Section 34 Township 3 and Range 2 and being a portion of the second tract or real estate hereinbefore described which portion intended to be hereby and herein conveyed is more particularly described as follows Beginning for the same at the South east corner of the second tract, and in the run, and running thence with the south boundary line of the said tract S 53° 30 W 42.64 poles, thence N 18° 15' W 96 poles, thence N 62° E 30.8 poles to the East boundary line of the said second tract in the run thence down the said run, and with the East boundary line of the said second tract, as follows S 48° 45' E 40.52 poles to the forks of the said run, thence S 7° 30' E 55 poles to the place of beginning Containing 25 acres, excepting however the coal, Minerals rock, Oil and Gases hereinbefore described and conveyed under the second tract hereinbefore described.

be the same more or less, but subject to all legal highways.

**To Have and to Hold** the above granted and bargained premises, with the appurtenances thereto belonging, unto the said Grantee, her heirs and assigns forever. And I Van Wagner the said Grantor, do for my self and my heirs, executors and administrators, covenant with the said Grantee, her heirs and assigns, that at and until the ensealing of these Presents I am well seized of the above described Premises as a good and indefeasible estate, in Fee Simple, and have good right to bargain and sell the same in manner and form as above written: that the same are Free and Clear from all Incumbrances whatsoever Subject to the taxes payable after the 20th day of June 1899

And that I will Warrant and Defend said Premises with the appurtenances thereunto belonging, to the said Grantee, her heirs and assigns forever, against all lawful claims and demands whatsoever. Subject to said taxes

~~And the said wife of said~~ do hereby Remise, Release and Forever Quit-Claim ~~unto the said Grantee and heirs and assigns, all right and title of Dower in the above described premises.~~

**In Witness Whereof,** I have hereunto set my hand ~~and seal~~, this 3rd day of June in the year of our Lord One Thousand Eight Hundred and Ninety Nine

Signed, ~~Sealed~~ and Acknowledged in Presence of

Jesse Wilson

J C Heinlein

Van Wagner [SEAL]

**THE STATE OF OHIO,** Belmont County, ss. } Before me, a Notary Public in and for said County, personally appeared the above named Van Wagner who acknowledged that he did sign and seal the foregoing instrument, and that the same is his free act and deed.

~~I Further Certify, That I did examine the said~~ ~~separate and apart from her said husband, and did then and there make known to her the content of the foregoing instrument, and upon that examination she declared that she did voluntarily sign, seal and acknowledge the same and that she is still satisfied therewith.~~

**In Testimony Whereof,** I have hereunto set my hand and official seal, at Bridgeport this 3rd day of June A. D. 1899

J C Heinlein
Notary Public

Received for Record June 5 1899 at 3 o'clock P M.
Recorded June 6 A. D. 1899
J A S Taylor Recorder.

554

EXHIBIT D

9800003411

Instrument 9800003411

SURVIVORSHIP WARRANTY DEED

**KNOW ALL MEN BY THESE PRESENTS,** That **CRAIG M. ROBSON,** unmarried, and **DEBORAH A. ROBSON,** nka **DEBORAH A. DYSON,** unmarried, of Belmont County, Ohio, for good and valuable consideration paid grants with general warranty covenants to **WILLIAM C. COULSON** and **TRACY L. COULSON,** husband and wife, for their joint lives, remainder to the survivor of them, whose tax mailing address is 68528 Woods Road, Bridgeport, Ohio 43912, the following real property:

Situated in the State of Ohio, County of Belmont and the Township of Pease. Being part of the West half of Section 34 Township 3 Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 328 Page 430 of the Belmont County Records of Deeds.

Beginning at a ½ inch diameter iron pin (set) on the North line of a 17.003 acre parcel as recorded in Volume 556 Page 760 of the Belmont County Record of Deeds and on the easterly boundary of a 37.544 acre parcel where a concrete monument (found) at the Northeast corner of Section 4 Township 6 Range 3 bears the following four courses and distances. (1) following the boundary of said 37.544 acre parcel, South 69 degrees 03 minutes 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set), (2) North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set), (3) North 56 degrees 06 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) on the West line of Section 34, (4) thence following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1553.00 feet, thence from said place of beginning and following the boundary of said 37.544 acre parcel, North 13 degrees 11 minutes 48 seconds West 485.90 feet to a ½ inch diameter iron pin (set); thence North 26 degrees 17 minutes 47 seconds East 125.00 feet to a ½ inch diameter iron pin (set), thence North 68 degrees 36 minutes 08 seconds East 503.00 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 486.35 feet, thence leaving the boundary of the aforementioned 37.544 acre parcel and following Township Road 457, South 35 degrees 02 minutes 14 seconds East 81.54 feet, thence South 21 degrees 06 minutes 33 seconds East 102.80 feet, thence South 11 degrees 50 minutes 18 seconds East 228.80 feet, thence South 13 degrees 24 minutes 28 seconds East 165.64 feet, thence leaving Township Road 457, South 69 degrees 08 minutes 50 seconds West 622.48 feet to the place of beginning, passing through a ½ inch diameter iron pin (set) at the northeast corner of the aforementioned 17.003 acre parcel at 91.98 feet. Containing 8.010 acres.

Bearings in this description are based on the bearings given for the monumented West line of Section 34 as recorded in Volume 528 Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

EXCEPTING and reserving all the Pittsburgh on No. 8 vein of coal underlying the above-described premises and further excepting all other strata of minerals, rock, coal, oil and gases below and underlying said Pittsburgh or No. 8 vein of coal, together with such mining rights as have heretofore been conveyed and granted.

Prior Deed Reference: Volume 667, Page 551, Belmont County Deed Records.

Parcel No. 57-00399.001

TRANSFERRED
FEE 50¢ DATE 4-13-98
SECT. 319.202 R.C. FEE 63.00
J.A. PAPPANO, AUDITOR
Sheril R. Kepler DEPUTY

VOL 737 PAGE 554

Affidavit See Book 314 Page 801 Official Records

This mineral interest pursuant to Affidavit of Abandonment recorded in Volume 314 Page 801 O.R.

WITNESS, our hands this 9TH day of March, 1998.

VOL 737 PAGE 555

Signed and Acknowledged
in the Presence of:

Mark A. Thomas
MARK A. THOMAS

Shirley A. Kent
Shirley A. Kent

Craig M. Robson
Craig M. Robson

STATE OF OHIO,
COUNTY OF BELMONT, SS:

Before me, a Notary Public, in and for said County and State, personally appeared the above named Craig M. Robson, unmarried, who acknowledged that he did sign the foregoing instrument and that the same is his own free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Bellaire, Ohio, this 6th day of ~~March~~ April, 1998.

Mark A. Thomas
Notary Public

NOTARIAL SEAL STATE OF OHIO

MARK A. THOMAS, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.

Signed and Acknowledged
in the Presence of:

Debra Crosier
Debra Crosier

Patricia A. Myers
PATRICIA A. MYERS

Deborah A. Robson
Deborah A. Robson

Deborah A. Dyson
nka Deborah A. Dyson

STATE OF OHIO,
COUNTY OF BELMONT, SS:

Before me, a Notary Public, in and for said County and State, personally appeared the above named Deborah A. Robson, nka Deborah A. Dyson, unmarried, who acknowledged that she did sign the foregoing instrument and that the same is her own free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Bellaire, Ohio, this 9th day of March, 1998.

STATE OF OHIO
NOTARY PUBLIC
PATRICIA A. MYERS
My Commission Expires June 14, 2000

Patricia A. Myers
Notary Public

555

556

VOL 737 PAGE 556

This instrument prepared by:

Attorney Daniel L. Frizzi Jr
FRIZZI LAW OFFICES
224-32nd Street
P.O. Box 129
Bellaire, OH 43906

9800003411
Filed for Record in
BELMONT COUNTY, OHIO
MARY CATHERINE NIXON
On 04-13-1998 At 03:31 pm.
DEED 18.00
Vol. 737 Pg. 554 - 556

TAX MAP TRANSFER
By R. F. [signature]
APR 13 1998

FRED F. BENNETT
County Engineer

EXHIBIT E

VOL 735 PAGE 459

**SURVIVORSHIP WARRANTY DEED**

Instrument 9800000902

**KNOW ALL MEN BY THESE PRESENTS,** That **CRAIG M. ROBSON,** unmarried, and **DEBORAH ROBSON,** unmarried, of Belmont County, Ohio, for good and valuable consideration paid grants with general warranty covenants to **WILLIAM C. COULSON and TRACY L. COULSON,** husband and wife, for their joint lives, remainder to the survivor of them, whose tax mailing address is 68528 Woods Road, Bridgeport, Ohio 43912, the following real property:

Situated in the County of Belmont, in the State of Ohio and in the Township of Pease. Being part of the West half of Section 34 Township 3 Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 528 Page 450 of the Belmont County Record of Deeds.

Beginning at a point on the West line of said 101.415 acre parcel and also on the West line of said Section 34 where a concrete monument (found) at the Northeast corner of Section 4 Township 6 Range 3 bears North 01 degree 51 minutes 10 seconds West 431.31 feet, passing through a 1 inch diameter iron pin (found) at 154.82 feet; thence from said place of beginning and leaving the West line of said Section 34 North 70 degrees 03 minutes 28 seconds East 705.99 feet to a ½ inch diameter iron pin (found) on the Westerly boundary of a 2.00 acre lease area and the Southeast corner of a 0.844 acre parcel as recorded in Volume 509 Page 292 of said county deed records, passing through a 1 inch diameter iron pin (found) at the Southwest corner of said 0.844 acre parcel at 2.49 feet; thence leaving the boundary of said 0.844 acre parcel and following the boundary of said 2.00 acre lease area South 21 degrees 33 minutes 57 seconds West 185.58 feet to a ½ inch diameter iron pin (found); thence South 68 degrees 26 minutes 03 seconds East 270.00 feet to a ½ inch diameter iron pin (set); thence leaving the boundary of the aforementioned 2.00 acre lease area North 22 degrees 06 minutes 52 seconds East 342.77 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 322.77 feet, a ½ inch diameter iron pin (found) on the East line of the aforementioned 2.00 acre lease area bears South 25 degrees 43 minutes 10 seconds West 48.32 feet; thence following Township Road 457 South 46 degrees 39 minutes 25 seconds East 73.24 feet; thence South 26 degrees 33 minutes 46 seconds East 128.11 feet; thence South 32 degrees 14 minutes 38 seconds East 79.08 feet, a 3/4 inch diameter iron pin (found) at the Northwest corner of a 0.579 acre parcel as recorded in Volume 631 Page 253 bears South 50 degrees 37 minutes 58 seconds East 52.93 feet and a 3/4 inch diameter iron pin (found) on the Western boundary of said 0.579 acre parcel bears South 43 degrees 19 minutes 14 seconds East 153.79 feet; thence South 39 degrees 49 minutes 01 seconds East 251.06 feet; thence South 42 degrees 25 minutes 00 seconds East 241.53 feet; thence South 38 degrees 48 minutes 04 seconds East 141.88 feet; thence leaving Township Road 457 South 68 degrees 36 minutes 08 seconds West 503.00 feet to a ½ inch diameter iron pin (set), passing through a ½ inch diameter iron pin (set) at 16.65 feet; thence South 26 degrees 17 minutes 47 seconds West 125.00 feet to a ½ inch diameter iron pin (set); thence South 13 degrees 11 minutes 48 seconds East 485.90 feet to a ½ inch diameter iron pin (set) on the northerly line of a 17.003 acre parcel as recorded in Volume 556 Page 760 of said County Deed Records; thence following the boundary of said 17.003 acre parcel, South 69 degrees 08 minutes 50 seconds West

Affidavit See Book 314 Page 801 Official Records

This mineral interest abandoned pursuant to Affidavit of Abandonment recorded in Volume 314 Page 801 O.R.

460

425.12 feet to a ½ inch diameter iron pin (set); thence North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set) on the northerly line of a 4.936 acre tract recorded as the third tract in Volume 473 Page 67 of said County Deed Records; thence North 56 degrees 06 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) at the Northwest corner of said 4.936 acre tract and on the West line of said Section 34; thence leaving the boundary of said 4.936 acre tract and following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1121.69 feet to the place of beginning, passing through a 5/8 inch diameter iron pin (found) at 226.14 feet and passing through 3/4 inch diameter iron pins (found) at 374.88 feet and 753.34 feet. Containing 37.544 acres.

Bearings in this description are based on the bearing given for the monumented west line of Section 34 as recorded in Volume 528 Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

EXCEPTING and reserving all the Pittsburgh or No. 8 vein of coal underlying the above-described premises and further excepting all other strata of minerals, rock, coal, oil and gases below and underlying said Pittsburgh or No. 8 vein of coal, together with such mining rights as have heretofore been conveyed and granted.

Prior Deed Reference: Volume 654, Page 434, Belmont County Deed Records.

Parcel No. 57-00399.002

WITNESS, our hands this 31 day of January, 1998.

Signed and Acknowledged
in the Presence of:

Sally J. Johnson

Carol S. Theaker

Craig M. Robson
Craig M. Robson

STATE OF OHIO,
COUNTY OF BELMONT, SS:

Before me, a Notary Public, in and for said County and State, personally appeared the above named Craig M. Robson, unmarried, who acknowledged that he did sign the foregoing instrument and that the same is his own free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Bellaire, Ohio, this 31 day of January, 1998.

STATE OF OHIO
NOTARY PUBLIC
SALLY J. JOHNSON
My Commission Expires [illegible]

Sally J. Johnson
Notary Public

VOL 735 PAGE 460

VOL 735 PAGE 461

Signed and Acknowledged
in the Presence of:

[signature]
[signature]

[signature]
Deborah Robson

STATE OF OHIO,
COUNTY OF BELMONT, SS:

Before me, a Notary Public, in and for said County and State, personally appeared the above named Deborah Robson, unmarried, who acknowledged that she did sign the foregoing instrument and that the same is her own free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Bellaire, Ohio, this 16 day of January, 1998.

STATE OF OHIO
NOTARY PUBLIC
PATRICIA A. GODAWAY
My Commission Expires Nov. 20, 2002

[signature]
Notary Public

This instrument prepared by:

Attorney Daniel L. Frizzi, Jr.
FRIZZI LAW OFFICES
224-32nd Street
P.O. Box 129
Bellaire, OH 43906

TRANSFERRED
FEE 50¢ DATE 2-3-98
SECT. 319.202 R.C. FEE 390.00
J.A. PAPPANO, AUDITOR
[signature] DEPUTY

9800000902
Filed for Record in
BELMONT COUNTY, OHIO
MARY CATHERINE NIXON
On 02-03-1998 At 01:31 pm.
DEED 18.00
Vol. 735 Pg. 459 - 461

TAX MAP TRANSFER
By R E [signature]
FEB 2 1998
FRED F. BENNETT
County Engineer

461

EXHIBIT F

VOL 0314 PAGE 801

Instrument
201200003035

TRANSFER NOT NECESSARY
BY [signature]
DATE 03-15-12
FRED F. BENNETT, P.E. P.S.
BELMONT COUNTY ENGINEER

TRANSFER NOT NECESSARY
3-15-12
A.L. SUTAK, AUDITOR
[signature] DEPUTY

201200003035
Filed for Record in
BELMONT COUNTY, OHIO
MARY CATHERINE NIXON, RECORDER
03-19-2012 At 09:23 am.
AFF DEED 80.00
OR Book 314 Page 801 - 807

**AFFIDAVIT OF ABANDONMENT**
**OF OIL AND GAS INTEREST**
**UNDER ORC 5301.56 and 5301.50**

STATE OF OHIO )
) ss.
BELMONT COUNTY )

William C. Coulson and Tracy L. Coulson, being first duly sworn according to law, depose and say that they are the present owners of the real estate described below having acquired title by virtue of the deeds dated March 9, 1998, and recorded in Volume 737, Page 554 and by Warranty Deed dated January 31, 1998 of Record in Volume 735, Page 459 of the Records of Deeds of Belmont County, Ohio.

**TRACT I**

Situated in the State of Ohio, County of Belmont and the Township of Pease. Being part of the West half of Section 34, Township 3, Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 328, Page 430 of the Belmont County Records of Deeds.

Beginning at a ½ inch diameter iron pin (set) on the North line of a 17.003 acre parcel as recorded in Volume 556, Page 760 of the Belmont County Record of Deeds and on the easterly boundary of a 37.544 acre parcel where a concrete monument (found) at the Northeast corner of Section 4, Township 6, Range 3 bears the following four courses and distances. (1) following the boundary of said 37.544 acre parcel, South 69 degrees, 08 minutes, 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set), (2) North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set), (3) North 56 degrees 06 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) on the West line of Section 34, (4) thence following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1553.00 feet, thence

from said place of beginning and following the boundary of said 37.544 acre parcel, North 13 degrees 11 minutes 48 seconds West 485.90 feet to a ½ inch diameter iron pin (set); thence North 26 degrees 17 minutes 47 seconds East 125.00 feet to a ½ inch diameter iron pin (set), thence North 68 degrees 36 minutes 08 seconds East 503.00 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 486.35 feet, thence leaving the boundary of the aforementioned 37.544 acre parcel and following Township Road 457, South 35 degrees 02 minutes 14 seconds East 81.54 feet, thence south 21 degrees 06 minutes 33 seconds East 102.10 feet, thence South 11 degrees 50 minutes 18 seconds East 228.80 feet, thence South 13 degrees 24 minutes 28 seconds East 165.64 feet, thence leaving Township Road 457, South 59 degrees 08 minutes 50 seconds West 622.48 feet to the place of beginning, passing through a ½ inch diameter iron pin (set) at the northeast corner of the aforementioned 17.003 acre parcel at 91.93 feet. Containing 8.010 acres.

Bearings in this description are based on the bearings given for the monumented West line of Section 34 as recorded in Volume 528 Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

Prior Deed Reference: Volume 737, Page 554 Belmont County Deed Records.

Parcel Number: 57-00399.001

**TRACT II**

Situated in the County of Belmont, in the State of Ohio and in the Township of Pease. Being part of the West half of Section 34, Township 3, Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 528, Page 450 of the Belmont County Record of Deeds.

Beginning at a point on the West line of said 101.415 acre parcel and also on the West line of said Section 34 where a concrete monument (found) at the Northeast corner of Section 4, Township 6, Range 3 bears North 01 degree 51 minutes 10 seconds West 431.31 feet, passing through a 1 inch diameter iron pin (found) at 154.82 feet; thence from said place of beginning and leaving the West line of said Section 34 North 70 degrees 00 minutes 28 seconds East 705.99 feet to a ½ inch diameter iron pin (found) on the Westerly boundary of

a 2.00 acre lease area and the Southeast corner of a 0.844 acre parcel as recorded in Volume 509 Page 292 of said county deed records, passing through a 1 inch diameter iron pin (found) at the Southwest corner of said 0.844 acre parcel at 2.49 feet; thence leaving the boundary of said 0.844 acre parcel and following the boundary of said 2.00 acre lease area South 21 degrees 33 minutes 57 seconds West 185.58 feet to a ½ inch diameter iron pin (found); thence South 68 degrees 26 minutes 03 seconds East 270.00 feet to a ½ inch diameter iron pin (set); thence leaving the boundary of the aforementioned 2.00 acre lease area North 22 degrees 06 minutes 52 seconds East 342.77 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 322.77 feet, a ½ inch diameter iron pin (found) on the East line of the aforementioned 2.00 acre lease area bears South 25 degrees 43 minutes 10 seconds West 48.32 feet; thence following Township Road 457 South 46 degrees 39 minutes 25 seconds East 73.24 feet; thence South 26 degrees 33 minutes 46 seconds East 128.11 feet; thence South 32 degrees 14 minutes 38 seconds East 79.08 feet, a 3/4 inch diameter iron pin (found) at the Northwest corner of a 0.579 acre parcel as recorded in Volume 631 Page 253 bears South 50 degrees 37 minutes 58 seconds East 52.93 feet and a 3/4 inch diameter iron pin (found) on the Western boundary of said 0.579 acre parcel bears South 43 degrees 19 minutes 14 seconds East 153.79 feet; thence South 39 degrees 49 minutes 01 seconds East 251.06 feet; thence South 42 degrees 25 minutes 00 seconds East 241.53 feet; thence South 38 degrees 48 minutes 04 seconds East 141.88 feet; thence leaving Township Road 457 South 68 degrees 36 minutes 08 seconds West 503.00 feet to a ½ inch diameter iron pin (set), passing through a ½ inch diameter iron pin (set) at 16.65 feet; thence South 26 degrees 17 minutes 47 seconds West 125.00 feet to a ½ inch diameter iron pin (set); thence South 13 degrees 11 minutes 48 seconds East 485.90 feet to a ½ inch diameter iron pin (set) on the northerly line of a 17.003 acre parcel as recorded in Volume 556 Page 760 of said County Deed Records; thence following the boundary of said 17.003 acre parcel, South 69 degrees 08 minutes 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set); thence North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set) on the northerly line of a 4.936 acre tract recorded as the third tract in Volume 473, Page 67 of said County Deed Records; thence North 56 degrees 06 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) at the Northwest corner of said 4.936 acre tract and on the West line of said Section 34; thence leaving the boundary of said 4.936 acre tract and following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1121.69 feet to the place of beginning, passing through a 5/8 inch diameter iron pin (found) at 226.14 feet and passing through 3/4 inch diameter iron pins (found) at 374.38 feet and 753.34 feet.

Containing 37.544 acres.

Bearings in this description are based on the bearings given for the monumented west line of Section 34 as recorded in Volume 528, Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

Prior Deed Reference: Volume 735, Page 460, Belmont County Deed Records.

Parcel Number: 57-00399.002

PRIOR DEED REFERENCE: The above described property was acquired by the surface owner herein as evidenced by Warranty Deed dated march 9, 1998 of Record in Volume 737, Page 554 and by Warranty Deed dated January 31, 1998 of Record in Volume 735, Page 459 of the Records of Deeds of Belmont County, Ohio.

Affiant states that a severed oil and gas mineral interest was granted to Jane Wilson in the Deed from Van Wagner, to Jane Wilson dated June 3, 1899, and recorded in Volume 118, Page 337 of the Records of Deeds of Belmont County, Ohio.

Affiant further states that there has been no production or withdrawal of minerals by the holders of the above oil and gas interests for the preceding twenty (20) years; the said oil and gas interests have not been the subject of title transactions filed or recorded in the Belmont County Recorder's Office within the last twenty (20); there have been no underground gas storage operations on said property for the preceding twenty (20) years; there have been no drilling or mining permits issued to the holders of the oil and gas interests for the preceding twenty (20) years; no claims to preserve these interests have been filed within the preceding twenty (20) years prior to December 1, 2011; and there are no separately listed tax parcel numbers created for the said oil and gas interests in the Belmont County Auditor's tax list and the Belmont County Treasurer's tax list; no notice pursuant to §5301.51 (A) filed of record in the Belmont County Court House to preserve record ownership of the oil and gas interest during the forty (40) year period immediately following the effective date of the root of title set forth above (June 3, 1899). For these reasons, these reserved oil and gas interests are considered abandoned and terminated and are now vested in the present surface owners of the real estate.

Affiant further states that a Notice of Abandonment as required in ORC Section 5301.50 has been attempted to be served upon Jane Wilson, or their heirs and next of kin, on

their heirs and next of kin, on February 14 2012, by publication, a copy of such Notice being attached hereto as Exhibit A.

This Affidavit is being executed and recorded in accordance with Section 5301.56 and 5301.50 of the Ohio Revised Code to establish the abandonment of the oil and gas interest in the above described real estate and to vest the ownership in the owners of the current surface owners, being the William C. Coulson and Tracy L. Coulson.

Further, Affiant sayeth naught.

William C. Coulson

Tracy L. Coulson

STATE OF OHIO )
) ss.
COUNTY OF BELMONT )

The foregoing instrument was acknowledged before me this 1st day of February, 2012, by William C. Coulson and Tracy L. Coulson.

Notary Public

RICHARD A. MYSER, Attorney at Law
Notary Public - State of Ohio
My Commission has no expiration date
Section 147.03, Revised Code of Ohio

The foregoing instrument was prepared by:
RICHARD A. MYSER, Attorney at Law
320 Howard Street, Bridgeport, Ohio 43912

NOTE TO RECORDER: Please note the recordation of this instrument in the margin of the documents recorded in Deed Volume 737, Page 554 and Deed Volume 735, Page 459 and Volume 118, Page 337 of the Records of Deeds of Belmont County, Ohio.

F:\Documents\Temporary\Coulson, William and Tracy Affidavit of Abandonment.wpd/hu

0314 806

PROOF OF PUBLICATION

The State of Ohio
County of Belmont. ss:

The undersigned, being sworn, says that he or she is an employee of Eastern Ohio Newspapers, Inc., A Corporation, publisher of the Times Leader a newspaper published in Martins Ferry, Belmont County, Ohio, each day of the week and of general circulation in said city and county; that it is a newspaper meeting the requirements of sections 7.12 and 5721.01 Ohio Revised Code as amended effective September 24, 1957; that affiant has custody of the records and files of said newspaper; and that the advertisement of which the annexed is a true copy, was published in said newspaper on each of the days in the month and year stated, as follows:

February 14

2012

Candace S Criswell

Subscribed by Affiant and sworn to before me, this 14th day of February, A.D. 2012.

Rebecca L Anderson
Notary Public

NOTARIAL SEAL
STATE OF OHIO

REBECCA L ANDERSON
Notary Public
In and for the State of Ohio
My Commission Expires
November 25, 2016

Printer's Fee $ 132.04
Notary's Fee $

The Times Leader
Martins Ferry, Ohio

---

**NOTICE OF ABANDONMENT**
**(O.R.C. Section 5301.56)**

To: Jane Wilson, and her unknown heirs, devisees, executors, administrators, relicts, next of kin and assigns,

You are hereby notified that you are or may be the record interest holders of severed mineral interest as described hereafter, under the following described property:

**TRACT I**

Situated in the State of Ohio, County of Belmont and the Township of Pease. Being part of the West half of Section 34, Township 6, Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 328, Page 430 of the Belmont County Records of Deeds.

Beginning at a ½ inch diameter iron pin (set) on the North line of a 17.003 acre parcel as recorded in Volume 556, Page 780 of the Belmont County Record of Deeds and on the easterly boundary of a 37.544 acre parcel where a concrete monument (found) at the Northeast corner of Section 4, Township 6, Range 3 bears the following four courses and distances. (1) following the boundary of said 37.544 acre parcel, South 69 degrees 08 minutes, 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set), (2) North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set), (3) North 66 degrees 06 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) on the West line of Section 34, (4) thence following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1553.00 feet, thence from said place of beginning and following the boundary of said 37.544 acre parcel, North 13 degrees 11 minutes 48 seconds West 485.90 feet to a ½ inch diameter iron pin (set); thence North 26 degrees 17 minutes 47 seconds East 125.00 feet to a ½ inch diameter iron pin (set), thence North 68 degrees 36 minutes 08 seconds East 503.00 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 486.35 feet, thence leaving the boundary of the aforementioned 37.544 acre parcel and following Township Road 457, South 35 degrees 02 minutes 14 seconds East 81.54 feet, thence south 21 degrees 06 minutes 33 seconds East 102.10 feet, thence South 11 degrees 50 minutes 18 seconds East 228.80 feet, thence South 13 degrees 24 minutes 26 seconds East 165.64 feet, thence leaving Township Road 457, South 69 degrees 08 minutes 50 seconds West 822.48 feet to the place of beginning, passing through a ½ inch diameter iron pin (set) at the northeast corner of the aforementioned 17.003 acre parcel at 91.98 feet. Containing 8.010 acres.

Bearings in this description are based on the bearings given for the monumented West line of Section 34 as recorded in Volume 528 Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

Prior Deed Reference: Volume 737, Page 554 Belmont County Deed Records.

Parcel Number: 57-00399.001

**TRACT II**

Situated in the County of Belmont, in the State of Ohio and in the Township of Pease. Being part of the West half of Section 34, Township 3, Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 528, Page 450 of the Belmont County Record of Deeds.

Beginning at a point on the West line of said 101.415 acre parcel and also on the West line of said Section 34 where a concrete monument (found) at the Northeast corner of Section 4, Township 6, Range 3 bears North 01 degree 51 minutes 10 seconds West 431.31 feet, passing through a 1 inch diameter iron pin (found) at 154.82 feet; thence from said place of beginning and leaving the West line of said Section 34 North 70 degrees 00 minutes 28 seconds East 705.99 feet to a ½ inch diameter iron pin (found) on the Westerly boundary of a 2.00 acre lease area and the Southeast corner of a 0.844 acre parcel as recorded in Volume 509 Page 292 of said county deed records, passing through a 1 inch diameter iron pin (found) at the Southwest corner of said 0.844 acre parcel at 2.48 feet; thence leaving the boundary of said 0.844 acre parcel and following the boundary of said 2.00 acre lease area South 21 degrees 33 minutes 57 seconds West 185.58 feet to a ½ inch diameter iron pin (found); thence South 68 degrees 26 minutes 03 seconds East 270.00 feet to a ½ inch diameter iron pin (set); thence leaving the boundary of the aforementioned 2.00 acre lease area North 22 degrees 08 minutes 52 seconds East 342.77 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 322.77 feet, a ½ inch diameter iron pin (found) on the East line of the aforementioned 2.00 acre lease area bears South 25 degrees 43 minutes 10 seconds West 48.32 feet; thence following Township Road 457 South 46 degrees 39 minutes 25 seconds East 73.24 feet; thence South 26 degrees 33 minutes 46 seconds East 128.11 feet; thence South 32 degrees 14 minutes 38 seconds East 79.08 feet, a ¾ inch diameter iron pin (found) at the Northwest corner of a 0.579 acre parcel as recorded in Volume 631 Page 253 bears South 50 degrees 37 minutes 58 seconds East 52.93 feet and a ¾ inch diameter iron pin (found) on the Western boundary of said 0.579 acre parcel bears South 43 degrees 09 minutes 14 seconds East 153.79 feet; thence South 39 degrees 49 minutes 01 seconds East 251.06 feet; thence South 42 degrees 25 minutes 00 seconds East 241.53 feet; thence South 38 degrees 48 minutes 04 seconds East 141.88 feet; thence leaving Township Road 457 South 68 degrees 36 minutes 08 seconds West 503.00 feet to a ½ inch diameter iron pin (set), passing through a ½ inch diameter iron pin (set) at 16.65 feet; thence South 26 degrees 17 minutes 47 seconds West 125.00 feet to a ½ inch diameter iron pin (set); thence South 13 degrees 11 minutes 48 seconds East 485.90 feet to a ½ inch diameter iron pin (set) on the northerly line of a 17.003 acre parcel as recorded in Volume 558 Page 760 of said County Deed Records; thence following the boundary of said 17.003 acre parcel, South 69 degrees 08 minutes 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set); thence North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set) on the northerly line of a 4.936 acre tract recorded as the third tract in Volume 473, Page 67 of said County Deed Records; thence North 66 degrees 06 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) at the Northwest corner of said 4.936 acre tract and on the West line of said Section 34; thence leaving the boundary of said 4.936 acre tract and following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1121.69 feet to the place of beginning, passing through a ¾ inch diameter iron pin (found) at 226.14 feet and passing through ¾ inch diameter iron pins (found) at 374.88 feet and 753.34 feet.

Containing 37.544 acres.

Bearings in this description are based on the bearings given for the monumented west line of Section 34 as recorded in Volume 528, Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

Prior Deed Reference: Volume 735, Page 460, Belmont County Deed Records.

Parcel Number: 57-00399.002

PRIOR DEED REFERENCE: The above described property was acquired by the surface owner herein as evidenced by Warranty

ION

sworn, says that
: of Eastern Ohio
\ Corporation,
es Leader a
\ Martins Ferry,
each day of the
rculation in said
is a newspaper
nts of sections
Revised Code as
ember 24, 1957;
/ of the records
per; and that the
the annexed is a
lished in said
the days in the
as follows:

2-14

2012

and sworn to
4th day
. 2012.

Notary Public

A L ANDERSON
tary Public
the State of Ohio
mission Expires
mber 25, 2016

2.04

**NOTICE OF ABANDONMENT**
**(O.R.C. Section 5301.56)**

To: Jane Wilson, and her unknown heirs, devisees, executors, administrators, relicts, next of kin and assigns;

You are hereby notified that you are or may be the record interest holders of severed mineral interest as described hereafter, under the following described property:

**TRACT I**

Situated in the State of Ohio, County of Belmont and the Township of Pease. Being part of the West half of Section 34, Township 3, Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 528, Page 430 of the Belmont County Records of Deeds.

Beginning at a ½ inch diameter iron pin (set) on the North line of a 17.003 acre parcel as recorded in Volume 556, Page 760 of the Belmont County Record of Deeds and on the easterly boundary of a 37.544 acre parcel where a concrete monument (found) at the Northeast corner of Section 4, Township 6, Range 3 bears the following four courses and distances. (1) following the boundary of said 37.544 acre parcel, South 89 degrees 08 minutes, 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set), (2) North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set), (3) North 56 degrees 08 minutes, 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) on the West line of Section 34, (4) thence following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1553.00 feet, thence from said place of beginning and following the boundary of said 37.544 acre parcel, North 13 degrees 11 minutes 48 seconds West 485.90 feet to a ½ inch diameter iron pin (set); thence North 26 degrees 17 minutes 47 seconds East 125.00 feet to a ½ inch diameter iron pin (set), thence North 68 degrees 36 minutes 08 seconds East 503.00 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 486.35 feet; thence leaving the boundary of the aforementioned 37.544 acre parcel and following Township Road 457, South 35 degrees 02 minutes 14 seconds East 81.54 feet, thence south 21 degrees 06 minutes 33 seconds East 102.10 feet, thence South 11 degrees 50 minutes 18 seconds East 228.80 feet, thence South 13 degrees 24 minutes 28 seconds East 165.64 feet, thence leaving Township Road 457, South 69 degrees 08 minutes 50 seconds West 622.48 feet to the place of beginning, passing through a ½ inch diameter iron pin (set) at the northeast corner of the aforementioned 17.003 acre parcel at 91.98 feet. Containing 8.010 acres.

Bearings in this description are based on the bearings given for the monumented West line of Section 34 as recorded in Volume 528 Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

Prior Deed Reference: Volume 737, Page 554 Belmont County Deed Records.

Parcel Number: 57-00399.001

**TRACT II**

Situated in the County of Belmont, in the State of Ohio and in the Township of Pease. Being part of the West half of Section 34, Township 3, Range 2 and being a portion of a 101.415 acre parcel as recorded in Volume 528, Page 450 of the Belmont County Record of Deeds.

Beginning at a point on the West line of said 101.415 acre parcel and also on the West line of said Section 34 where a concrete monument (found) at the Northeast corner of Section 4, Township 6, Range 3 bears North 01 degree 51 minutes 10 seconds West 431.31 feet, passing through a 1 inch diameter iron pin (found) at 164.82 feet, thence from said place of beginning and leaving the West line of said Section 34 North 70 degrees 00 minutes 28 seconds East 705.99 feet to a ½ inch diameter iron pin (found) on the Westerly boundary of a 2.00 acre lease area and the Southeast corner of a 0.844 acre parcel as recorded in Volume 509 Page 282 of said county deed records, passing through a 1 inch diameter iron pin (found) at the Southwest corner of said 0.844 acre parcel at 249 feet; thence leaving the boundary of said 0.844 acre parcel and following the boundary of said 2.00 acre lease area South 21 degrees 33 minutes 57 seconds West 185.58 feet to a ½ inch diameter iron pin (found); thence South 68 degrees 26 minutes 03 seconds East 270.00 feet to a ½ inch diameter iron pin (set); thence leaving the boundary of the aforementioned 2.00 acre lease area North 22 degrees 06 minutes 52 seconds East 342.77 feet to a point in Township Road 457, passing through a ½ inch diameter iron pin (set) at 322.77 feet, a ½ inch diameter iron pin (found) on the East line of the aforementioned 2.00 acre lease area bears South 25 degrees 43 minutes 10 seconds West 48.32 feet; thence following Township Road 457 South 48 degrees 39 minutes 25 seconds East 73.24 feet; thence South 26 degrees 33 minutes 46 seconds East 128.11 feet; thence South 32 degrees 14 minutes 38 seconds East 79.08 feet, a ¾ inch diameter iron pin (found) at the Northwest corner of a 0.579 acre parcel as recorded in Volume 631 Page 253 bears South 50 degrees 37 minutes 58 seconds East 52.93 feet and a ¾ inch diameter iron pin (found) on the Western boundary of said 0.579 acre parcel bears South 43 degrees 19 minutes 14 seconds East 153.79 feet; thence South 39 degrees 49 minutes 01 seconds East 251.06 feet; thence South 42 degrees 25 minutes 00 seconds East 241.53 feet; thence South 38 degrees 48 minutes 04 seconds East 141.88 feet; thence leaving Township Road 457 South 68 degrees 36 minutes 08 seconds West 503.00 feet to a ½ inch diameter iron pin (set), passing through a ½ inch diameter iron pin (set) at 16.65 feet; thence South 26 degrees 17 minutes 47 seconds West 125.00 feet to a ½ inch diameter iron pin (set); thence South 13 degrees 11 minutes 48 seconds East 485.90 feet to a ½ inch diameter iron pin (set) on the northerly line of a 17.003 acre parcel as recorded in Volume 556 Page 760 of said County Deed Records; thence following the boundary of said 17.003 acre parcel, South 89 degrees 08 minutes 50 seconds West 425.12 feet to a ½ inch diameter iron pin (set); thence North 87 degrees 59 minutes 10 seconds West 379.20 feet to a ½ inch diameter iron pin (set) on the northerly line of a 4.936 acre tract recorded as the third tract in Volume 473, Page 67 of said County Deed Records; thence North 56 degrees 08 minutes 10 seconds West 380.00 feet to a ½ inch diameter iron pin (set) at the Northwest corner of said 4.936 acre tract and on the West line of said Section 34; thence leaving the boundary of said 4.936 acre tract and following the west line of said Section 34, North 01 degree 51 minutes 10 seconds West 1121.69 feet to the place of beginning, passing through a ¾ inch diameter iron pin (found) at 226.14 feet and passing through ¾ inch diameter iron pins (found) at 374.88 feet and 753.34 feet.

Containing 37.544 acres.

Bearings in this description are based on the bearings given for the monumented west line of Section 34 as recorded in Volume 528, Page 450 of the Belmont County Record of Deeds.

This description prepared by Jack A. Hamilton, Registered Surveyor 6524 after a field survey of the parcel herein described during December 1988.

Prior Deed Reference: Volume 735, Page 460, Belmont County Deed Records.

Parcel Number: 57-00399.002

PRIOR DEED REFERENCE: The above described property was acquired by the surface owner herein as evidenced by Warranty Deed dated March 9, 1998 of Record in Volume 737, Page 554 and by Warranty Deed Dated January 31, 1998 of Record in Volume 735, Page 459 of the Records of Deeds of Belmont County, Ohio.

A severed oil and gas mineral interest was granted in the deed from Van Wagner to Jane Wilson, dated June 3, 1898, of record in Volume 118, Page 337 of the Records of Deeds of Belmont County, Ohio. Some or all of these individuals may be deceased, and the other above-named individuals, are believed to be their heirs and their whereabouts are unknown to the surface owner.

The present owner of this property are William C. Coulson and Tracy L. Coulson having acquired title by virtue of the deed dated March 9, 1998 of Record in Volume 737, Page 554 and by Warranty Deed dated January 31, 1991 of Record in Volume 735, Page 459 of the Records of Deeds of Belmont County, Ohio.

These interests are considered abandoned because (1) there has been no production or withdrawal of mineral, by the holders of the above oil and gas interests for the preceding twenty years; (2) the said oil and gas interest have not been the subject of title transactions filed or recorded in the Belmont County Recorder's Office within the last twenty years; (3) there have been no underground gas storage operations on said property for the preceding twenty years; (4) there have been no drilling or mining permits issued to the holders of the oil and gas interests for the preceding twenty years; (5) no claims to preserve these interests have been filed within the preceding twenty (20) years; and (6) there are no separately listed tax parcel numbers created for the said severed mineral interests in the Belmont County Auditor's tax list, and the Belmont County Treasurer's tax list.

The landowners intend to file for record an Affidavit of Abandonment pursuant to O.R.C. Section 5301.56 and Section 5301.50 with the County Recorder of Belmont County, Ohio, at least 30, but not later than 60 days after the date of this notice.

Richard A. Myser
Attorney for William C. Coulson and Tracy L. Coulson

TL Adv. - 1 day - Feb. 14

0807 0314

201200003035
RICHARD A MYSER
ATTORNEY AT LAW
320 HOWARD STREET
BRIDGEPORT OH 43912

EXHIBIT G

VOL 0319 PAGE 313

Instrument
201200004040

TRANSFER NOT NECESSARY
BY [signature]
DATE 04-16-12
FRED F. BENNETT, P.E. P.S.
BELMONT COUNTY ENGINEER

TRANSFER NOT NECESSARY
4-16-12
A.L. SUTAK, AUDITOR
[signature] DEPUTY

201200004040
Filed for Record in
BELMONT COUNTY, OHIO
MARY CATHERINE NIXON, RECORDER
04-16-2012 At 09:47 am.
NOTICE DEED 36.00
OR Book 319 Page 313 - 313

**FREGIATO, MYSER & DAVIES**
**ATTORNEYS AT LAW**
**320 Howard Street**
**Bridgeport, Ohio 43912**
**Website: www.belmontlaw.net**

April 10, 2012

Ms. Mary Catherine Nixon
Belmont County Recorder
101 West Main Street
St. Clairsville, Ohio 43950

Dear Ms. Nixon:

Re: William C. Coulson and Tracy L. Coulson

Please accept this letter to serve as Notice, pursuant to Section 5301.56 of the Ohio Revised Code to make the following notation in the margin of the documents recorded in Volume 118, Page 337 of the Records of Deeds of Belmont County, Ohio:

"This mineral interest abandoned pursuant to Affidavit of Abandonment recorded in Volume 314, Page 801 of the Official Records of Belmont County, Ohio."

Very truly yours,

FREGIATO, MYSER & DAVIES

[signature]

Richard A. Myser

RAM:bar
Enclosures

NOTE TO RECORDER: Please also note the recordation of this instrument in the margin of the deed recorded in Belmont County Official Records Volume 737, Page 554 and Volume 735, Page 459, and index the names of William C. Coulson and Tracy L. Coulson as Grantors and Grantees.

X:\Daily Letters\RAM\04-10-12 Nixon - Coulson wpd/bar

201200004040
RICHARD A MYSER
ATTORNEY AT LAW
320 HOWARD STREET
BRIDGEPORT OH 43912